USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MAR-CAN TRANSPORTATION COMPANY, INC.,   :
:
Plaintiff,   :
:      20-CV-8743 (JPC)
-v-                        :
:      ORDER
LOCAL 854 PENSION FUND,                   :
:
Defendant.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff Mar-Can Transportation Company, Inc. is ORDERED to file a letter responding to the third-party letter filed on December 7, 2020 by Employer Trustees John Curcio and Kenneth Barrett.  (Dkt. 23.)  Putative Intervenor Defendants Demos P. Demopoulos, Stephen Maloney, and Michael Spinelli are also ORDERED to file a letter responding to the third-party letter filed on December 7, 2020 by Employer Trustees John Curcio and Kenneth Barrett.  (Dkt. 23.)  Each letter shall respond to Employer Trustees' request that the Court hold this matter in abeyance pending the resolution of two matters filed in the Eastern District of New York.  *See id.*  Each letter response shall be no more than three pages in length and shall be filed by December 11, 2020.

    SO ORDERED.

Dated: December 8, 2020
      New York, New York
                                        JOHN P. CRONAN
                                        United States District Judge