UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mar-Can Transportation Company, Inc.,

                    Plaintiff,

          -against-

Local 854 Pension Fund,

                    Defendant.

---

20-CV-8743 (CS)

ECF

**DECLARATION OF BRYAN
MCCARTHY, ESQ.**

Bryan McCarthy, an attorney admitted to practice before the Courts of the State of New York, declares the following to be true and correct under penalty of perjury:

       1.     I am counsel for the Amalgamated Transit Workers Local 854 Pension Fund ("ATW Fund"). In my capacity as counsel to the ATW Fund, I am generally familiar with the above-captioned action. I have spoken with Jennifer Clark, counsel to Defendant Local 854 Pension Fund ("Teamsters Fund") concerning the Teamsters Fund's inquiries as to the ATW Fund's status as a "bona fide multiemployer defined benefit fund."

       2.     I do not know exactly what the Teamsters Fund means by "bona fide." I understand that the Teamsters Fund has rejected the redacted CBAs previously provided on the grounds that the redacted sections may contain language stating that the employer is not obligated to contribute to the ATW Fund after all, thus negating the unredacted sections. I view this suggestion as absurd. The Teamsters Fund appears to be questioning whether the ATW Fund is an operational multiemployer plan, or a sham entity created in order to trick the Teamsters Fund into transferring millions of dollars into its accounts.

       3.     The Teamsters Fund's accusation is especially peculiar because the Teamsters Fund has personal knowledge that the ATW Fund is a "bona fide, multiemployer

defined benefit fund." Upon information and belief, William Cassese and John Curcio are trustees of the Teamsters Fund. Cassese owns Mar-Can, and Curcio owns Empire State Bus Corp., Allied Transit Corp. and Empire Charter Service, Inc. These companies, Mar-Can, Empire State Bus Corp., Allied Transit Corp. and Empire Charter Service, Inc. are all contributing employers to the ATW Fund. Attached hereto as <u>Exhibits A and B</u> are true and correct redacted copies of Payment Records for all four (4) companies as of February 26, 2021.[1]

4. The Teamsters Fund's request for documents from the ATW Fund to prove facts that are already within the personal knowledge of the Teamsters Fund's own Board of Trustees is wasteful and unnecessary. It suggests that the Teamsters Fund has an unrelated reason for requesting copies of these documents, and simply views this litigation as an opportunity to obtain them.

5. The ATW Fund therefore provides this affidavit in lieu of the documents requested. Because I created or negotiated the necessary documents to establish the ATW Fund, I co-ordinate with its actuaries, accountants and staff, and I am its outside general counsel, I have personal knowledge that the ATW Fund is a multiemployer, defined benefit pension fund that is fully operational and operated in compliance with all relevant statutes and regulations.

**<u>Information Request</u>**

6. As counsel to the ATW Fund, I represented the ATW Fund in drafting its Declaration of Trust, Pension Plan, and Summary Plan Description. I represented the ATW Fund

---

[1] For the convenience of the parties and the Court, where Mar-Can has previously produced a bates stamped version of a document relied upon in this affidavit, I have co-ordinated with Mar-Can for copies of its production and used the bates stamped version here.

in negotiating its collective bargaining agreements ("CBAs") with several current employers, including but not limited to Mar-Can, Empire State Bus Company, Allied Transit Corp., Empire Charter Service, Inc., and Consolidated Bus Transit, Inc. I am also familiar with CBAs between Local 854 and other entities.

   7. The ATW Fund considers these documents to be commercially sensitive, in that familiarity with the contract terms, contribution rates and benefits provided therein would assist Local 854's competitors in lobbying contributing employers and their employees to sign with other unions. Employers who sign with other unions would typically cease contributing to the ATW Fund, thus reducing the number of employee participants in and contributing employers to the ATW Fund. All other things being equal, pension funds with more participants and contributing employers are more financially stable.

**Multiemployer Plan**

   8. The ATW Fund is a multiemployer plan, because multiple employers are obligated by CBAs to contribute to the ATW Fund. True and correct redacted copies of CBAs between Local 854 and four employers are attached hereto as <u>Exhibits C and D</u>. *See* 29 U.S.C. § 1002(37) (statutory definition of multiemployer plan). Nothing in the redacted portion of the CBAs contradicts the employers' stated obligation in the unredacted portion to contribute to the ATW Fund.

**Defined Benefit Plan**

   9. The ATW Fund has a valid Trust Declaration, Pension Plan, and Summary Plan Description in compliance with governing law.

   10. Most union pension plans are defined benefit plans, under which the plan

document defines the pension benefit that will be paid to a plan participant, based on the plan's eligibility requirements and the participant's accrued service under the plan. For example, a defined benefit plan might provide that a participant earns one pension credit for every 12 months of service, is eligible to retire upon reaching at least 55 years of age and 15 pension credits, and upon the participant's eligibility the pension plan will pay the participant a pension equal to $100 per pension credit per month (*i.e.* the "Normal Pension Benefit"). *See* 29 U.S.C. § 1002(35) (definition of defined benefit plan).

11.     Plans that are not defined benefit plans are called defined contribution or individual account plans, under which the participant is typically entitled to receive contributions to the account plus investment gains or losses on those contributions. A 401k is a defined contribution or individual account pension plan. *See* 29 U.S.C. § 1002(34) (definition of defined contribution plan).

12.     The ATW Fund is a defined benefit pension plan. A true and correct redacted version of the SPD is attached hereto as <u>Exhibit E</u>. See 29 U.S.C. § 1002(35) (definition of defined benefit plan). Nothing in the redacted portion of the SPD contradicts or modifies the ATW Fund's status as a defined benefit pension plan. The ATW Fund does not provide participants with any options for defined contribution or individual account pension benefits.

**Public Filings**

13.     The ATW Fund has complied with all statutory and regulatory filing requirements, including requirements concerning ERISA Forms 5500 and 5300.

14.     ERISA Form 5500 was developed by the Internal Revenue Service ("IRS"), Department of Labor ("DOL"), and Pension Benefit Guaranty Corporation ("PBGC"). It

4

provides key reporting information at the end of each plan year, facilitating these agencies' robust oversight of multiemployer pension plans such as the ATW Fund.

15. ERISA Form 5300 is similar, but is filed by new plans to request an advance determination that the plan satisfies all government requirements. Plans are not legally required to file Form 5300. However, the Fund intends to file Form 5300 in April or May 2021.

16. The ATW Fund will not be required to file Form 5500 until December 31, 2021, seven months after the last day of its first plan year, which is May 31, 2021.

**Operational Status**

17. The ATW Fund is an operational pension fund. It has approximately 10 contributing employers. It also has several hundred participants. True and correct copies of Participant Histories by Shop for employers Mar-Can, Empire State Bus Corp., Allied Transit Corp. and Empire Charter Service, Inc. are attached hereto as Exhibits F and G.

18. The ATW Fund receives employer contributions and awards pension credits to participants.

19. The ATW Fund has leased office space, hired staff, and retained professionals to provide legal, actuarial and accounting services.

**Employment Identification Number**

20. The Teamsters Fund has requested the ATW Fund's Employer Identification Number ("EIN"). Based on our review of 29 U.S.C. § 1415, we see no need for the Teamsters Fund to request the ATW Fund's EIN as a condition of executing the mandatory pension transfer, and the Teamsters Fund has provided no explanation.

21. However, because the number will be included in the ATW Fund's future

5

public filings and is not confidential, we are providing it nonetheless. A true and correct copy of

the IRS's notification of EIN to the ATW Fund is attached hereto as Exhibit H.

Dated: Valley Stream, New York
     March 30, 2021

                             Bryan McCarthy

# EXHIBIT A

# AMALGAMATED TRANSIT WORKERS
## LOCAL 854 PENSION FUND
420 West Merrick Road
Valley Stream, NY 11580

## Pension Payments From 10/01/20 To 2/26/21

### MARCAN BUS CORP DRIVERS AND MECHANICS

| Range From | Range To | Check Date | Check# | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| January - 2021 | January - 2021 | | | | $xx,xxx.xx |
| December - 2020 | December - 2020 | | | | $xx,xxx.xx |
| November - 2020 | November - 2020 | | | | $xx,xxx.xx |
| October - 2020 | October - 2020 | | | | $xx,xxx.xx |

### MARCAN BUS CORP DRIVERS AND MECHANICS Pensi          $xxx,xxx.xx

MAR-CAN 0046

# EXHIBIT B

# AMALGAMATED TRANSIT WORKERS
## LOCAL 854 PENSION FUND
420 West Merrick Road
Valley Stream, NY 11580

## Pension Payments From 10/01/20 To 2/26/21

### EMPIRE STATE BUS DRIVERS & MATRONS

| Range From | Range To | Check Date | Check# | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| December - 2020 | December - 2020 | | | | $x,xxx.xx |
| November - 2020 | November - 2020 | | | | $x,xxx.xx |
| October - 2020 | October - 2020 | | | | $x,xxx.xx |

### EMPIRE STATE BUS DRIVERS & MATRONS Pension To                    $x,xxx.xx

# AMALGAMATED TRANSIT WORKERS
## LOCAL 854 PENSION FUND
420 West Merrick Road
Valley Stream, NY 11580

## Pension Payments From 10/01/20 To 2/26/21

### EMPIRE CHARTER DRIVERS & MATRONS

| Range From | Range To | Check Date | Check# | Payment Date | Payment Amount |
|---|---|---|---|---|---|
| December - 2020 | December - 2020 | | | | $x,xxx.xx |
| November - 2020 | November - 2020 | | | | $x,xxx.xx |
| October - 2020 | October - 2020 | | | | $x,xxx.xx |

### EMPIRE CHARTER DRIVERS & MATRONS Pension Tot    $x,xxx.xx

# AMALGAMATED TRANSIT WORKERS
## LOCAL 854 PENSION FUND
420 West Merrick Road
Valley Stream, NY 11580

## Pension Payments From 10/01/20 To 2/26/21

### ALLIED TRANSIT DRIVERS & MATRONS

| Range From | Range To | Check Date | Check# | Payment Date | Payment Amount |
|------------|----------|------------|--------|--------------|----------------|
| December - 2020 | December - 2020 | | | | $x,xxx.xx |
| November - 2020 | November - 2020 | | | | $x,xxx.xx |
| October - 2020 | October - 2020 [C] | | | | $x,xxx.xx |
| October - 2020 | October - 2020 | | | | $x,xxx.xx |

### ALLIED TRANSIT DRIVERS & MATRONS Pension Total          $xx,xxx.xx

**EXHIBIT C**

# <u>Collective Bargaining Agreement</u>

**Between**

**Mar-Can Transportation Inc.**

**&**

**Local 854 A.T.W.**

**REDACTED**

MAR-CAN 0019

# **TABLE OF CONTENTS**

ARTICLE 1  RECOGNITION.................................................................................2
ARTICLE 2 UNION SHOP..................................................................................2
ARTICLE 3 DISCHARGE....................................................................................2
ARTICLE 4 DISCRIMINATION...........................................................................3
ARTICLE 5  MODIFICATION OF AGREEMENT ...............................................3
ARTICLE 6 WITHDRAWAL CARD .....................................................................3
ARTICLE 7 CHECK-OFF ...................................................................................3
ARTICLE 8 MEDIATION AND ARBITRATION....................................................4
ARTICLE 9 SAFETY PROVISION AND LOST TIME PAY ...................................4
ARTICLE 10 WORK STOPPAGE.........................................................................5
ARTICLE 11 BARGAINING UNIT .......................................................................5
ARTICLE 12 REDUCTION OF BENEFITS ...........................................................6
ARTICLE 13 SENIORITY....................................................................................6
ARTICLE 14 SAVINGS CLAUSE .........................................................................7
ARTICLE 15 SURVIVAL OF CONTRACT ............................................................7
ARTICLE 16  SHOP STEWARD...........................................................................7
ARTICLE 17 BULLETIN BOARDS ......................................................................7
ARTICLE 18 UNION REPRESENTATIVES ...........................................................8
ARTICLE 19 AUDITS.........................................................................................8
ARTICLE 20 DEATH IN FAMILY ........................................................................8
ARTICLE 21 LEAVE OF ABSENCE .....................................................................9
ARTICLE 22 HOURS OF WORK .........................................................................9
ARTICLE 23 VACATION ....................................................................................9
ARTICLE 24 WORK GUARANTEE.......................................................................9
ARTICLE 25 WELFARE BENEFIT .....................................................................11
ARTICLE 26 PENSION......................................................................................11
ARTICLE 27 DUTIES OF DRIVERS ...................................................................12
ARTICLE 28 SAFETY AND REQUIREMENTS ....................................................12
ARTICLE 29 SICK DAYS-HOLIDAYS-SNOW DAYS...........................................13
ARTICLE 30 JURY DUTY.................................................................................13
ARTICLE 31 SUMMER RUNS ...........................................................................13
ARTICLE 32 UNIFORMS ..................................................................................14
ARTICLE 33 PARKING VIOLATIONS.................................................................14
ARTICLE 34 WAGES .......................................................................................14
ARTICLE 35 MECHANICS ................................................................................15
ARTICLE 36 TERM OF AGREEMENT................................................................15

i

MAR-CAN 0020

REDACTED

## ARTICLE 26 PENSION

**A)** The Employer agrees to contribute monthly to the Trustees of Local 854 Pension Fund,

REDACTED

MAR-CAN 0021

either party notifies the other in writing, by registered or certified mail at least sixty (60) days before the expiration date of its desire to amend, alter or modify said Agreement on such expiration date. Upon giving notice, depending upon the request, the Agreement shall either be negotiated for the purpose of modification, or it shall be deemed to expire as of said expiration date. **REDACTED**

AMALGAMATED LOCAL 854, A.T.W.

Nicholas Lacerenza
President, Amalgamated Local 854

MAR-CAN TRANSPORTATION

Darin Piro
President, Mar-Can Trans.

16

# EXHIBIT D

# <u>COLLECTIVE BARGAINING AGREEMENT</u>

Between
EMPIRE STATE BUS CORP.
ALLIED TRANSIT CORP.
EMPIRE CHARTER SERVICE, INC.
&
AMALGAMATED TRANSIT WORKERS UNION
LOCAL 854

MAR-CAN 0023

| SECTION | TITLE | PAGE |
|---|---|---|
| SECTION 1 | RECOGNITION | 1 |
| SECTION 2 | UNION SHOP | 1 |
| SECTION 3 | WITHDRAWAL | 2 |
| SECTION 4 | NON-DISCRIMINATION CLAUSE | 2 |
| SECTION 5 | DISCHARGE | 3 |
| SECTION 6 | HOLIDAY/GUARANTEE PAY/ADJUSTMENT WEEKS/SCHOOL CLOSINGS | 3 |
| SECTION 7 | CHECK-OFF | 8 |
| SECTION 8 | BARGAINING UNIT | 8 |
| SECTION 9 | SENIORITY | 9 |
| SECTION 10 | PICK OF RUNS | 10 |
| SECTION 11 | REDUCTION OF BENEFITS | 10 |
| SECTION 12 | MODIFICATION OF AGREEMENT | 11 |
| SECTION 13 | WELFARE BENEFITS | 11 |
| SECTION 14 | WAGES | 13 |
| SECTION 15 | LONGEVITY BONUS | 14 |
| SECTION 16 | SAVINGS CLAUSE | 14 |
| SECTION 17 | SAFETY PROVISIONS AND LOST TIME PAY | 14 |
| SECTION 18 | WORK STOPPAGE | 15 |
| SECTION 19 | SURVIVAL OF CONTRACT | 15 |
| SECTION 20 | SHOP STEWARD | 16 |
| SECTION 21 | BULLETIN BOARDS | 16 |

i

MAR-CAN 0024

SECTION 22      UNION REPRESENTATIVES      16

SECTION 23      AUDITS      17

SECTION 24      LEAVE OF ABSENCE      17

SECTION 25      HOURS OF WORK      18

SECTION 25A      SUMMER WORK      18

SECTION 26      ARBITRATION      19

SECTION 27      COMPANY RULES      21

SECTION 28      INFRACTIONS OF COMPANY RULES      27

SECTION 29      DUTIES OF EMPLOYEES      27

SECTION 30      PENSION      29

SECTION 31      BEREAVEMENT      30

SECTION 32      TERMS OF AGREEMENT      31

MAR-CAN 0025

requirements.

██████████

████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

██████████████

        ████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

## SECTION 30
## PENSION

For employees with █████████████████████████████ the Employer will contribute

████████████████████████████████████████████████ for

all eligible employees to the ATW Local 854 Pension Fund. █████████████

██████████████████████████████████████████████

████████████████████████████████████

For employees with ███████████████████████████████████████

████████████████████ the Employer will contribute ██████████████████████

MAR-CAN 0026

████████████████████████████ to the to the ATW Local 854 Pension
Fund, ██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████

For employees ████████████████████████ the Company will contribute ████

██████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

██████████████████████

Contributions shall be payable to the ATW Local 854 Pension Fund. ████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████


**<u>SECTION 31</u>**
**<u>BEREAVEMENT</u>**

██ ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████

██ ████████████████████████████████████

████████████████████████████████

██ ████████████████████████████████████████

MAR-CAN 0027

paid, but not said holiday.

███████████████████████████████████████

**SECTION 32**
**TERMS OF AGREEMENT**

This Agreement shall go into full force and effect commencing █████████ and
shall be effective through ███████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Amalgamated Transit Workers Local 854            Empire State Bus Corp.

Nicholas Lacerenza                                John Curcio
President, Amalgamated Transit                     President, Empire State Bus Corp.
Workers Union Local 854

Empire Charter Service, Inc.                      Allied Transit Corp.

John Curcio                                       Valerie Curcio
President, Empire Charter Service, Inc.            President, Allied Transit Corp.

31

MAR-CAN 0028

# EXHIBIT E

**AMALGAMATED TRANSIT WORKERS**
**LOCAL 854 PENSION FUND**

**Pension Plan**

**Effective June 1, 2020**

MAR-CAN 0013

Table of Contents

Article I - Definitions ..................................................................................................... 1

Article II - Participation ............................................................................................... 7

Article III - Credit for Service ..................................................................................... 8

Article IV - Pension Benefits ..................................................................................... 14

Article V - Payment of Benefits ................................................................................ 19

Article VI - Administration of the Plan ..................................................................... 26

Article VII - Limitations on Benefits and Distributions ........................................... 28

Article VIII - Amendment or Termination ................................................................ 42

Article IX - Miscellaneous ........................................................................................ 44

Article X - Employer Contributions .......................................................................... 50

**ARTICLE II**
**Participation**



2.2    Effective June 1, 2020 an Employee will become a Participant in the Plan upon the completion of one (1) Hour of Service following his date of employment with a Contributing Employer and will receive a year of Vesting Service upon the completion of 1,000 hours of service within a twelve (12) consecutive month period following his date of employment with a Contributing Employer. Non-Bargained Employees shall be considered Participants to the extent that the participation by such Employees is pursuant to a Participation Agreement accepted by the Trustees, permit by applicable law and is compliance with the participation, coverage and non-discrimination provisions of the Code.



- 9 -

MAR-CAN 0015

**ARTICLE IV**
**Pension Benefits**

4.1     Normal Pension Benefit

    (a)    (1) A Participant who has reached his or her 65th birthday shall be eligible for a Normal Retirement Benefit provided he or she has at least ten years of Credited Service, at least one year of which shall be Future Credit, or he or she has completed the 10th anniversary of the date the Participant commenced participation in the Plan.



MAR-CAN 0016



4.2   <u>Early Pension Benefit</u>

    (a)    A Participant who has reached his or her 62nd birthday shall be eligible for an Early Pension Benefit provided he or she has at least 10 years of Credited Service, at least one year of which shall be Future Credit.

    (b)    The monthly amount of Early Pension shall be determined in the same manner as the Normal Pension Benefit to which the Participant would be entitled if he or she was 65 years of age and then reduced by 1/2 of 1% for each month the Participant is younger than 65 on the effective date of his or her early retirement.

    (c)    A Participant with 35 or more Credited Service, of which at least 15 years are Future Service, may retire at any time after reaching age 57, without a reduction for age.

4.3   <u>Disability Pension Benefit</u>

    (a)    A Participant who has been totally and permanently disabled consistent with the requirements of this Section, shall be eligible for a disability retirement benefit, provided (1) he has at least 10 years of Vesting Service under Section 3.4; (2) he worked 250 Hours of Service in the Plan Year immediately preceding the date of disability; and (3) he has applied for and is receiving a Social Security disability benefit. Any Participant retired on a Disability Retirement Pension may be required to submit, annually, prior to attainment of age sixty-two (62), a copy of his Social Security disability benefit check. If he fails to provide this when requested by the Trustees, his disability benefit will cease until he submits a copy of the check to the Trustees.

MAR-CAN 0017

(b)   The monthly amount of disability retirement benefit shall be determined in the same manner as the Normal Pension Benefit to which the Participant would be entitled if he were then 65 years of age.

(c)   If a person in receipt of a Disability Pension Benefit ceases to be totally and permanently disabled, his or her pension shall terminate as of the first day of the month of such recovery.

(d)   Once a Participant has satisfied all of the eligibility requirements under subsection (a) above, the Disability Pension shall be payable retroactive to the first day of the month following the date the Participant's completed pension application was received by the Fund, but in no event earlier then the first day of the month after all the requirements of subsection (a) are met.



MAR-CAN 0018

**EXHIBIT F**

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| ABREU, DORYS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ACEVEDO III, ALVARO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ALBA, ALDINELY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ALLEN, RAYMOND | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ALTAGRACIA, MAGALYS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ALVAREZ DE ROMERO, Y | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ALVAREZ, ATANACIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ALVAREZ, SANTA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| ALVAREZ, SANTA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| ANGELINA, CLAUDINA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| APPADU, ROHIT | | Y | N | 0.0 | <1 | Dec 2020 | Jan 2021 |
| AROCHO, BIANCA | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| ARRIOLA, ROMULO | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| ARRIOLA, ROMULO | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| BAEZ GONZALEZ, EDUAR | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BAKER, LAWRENCE | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| BALY FAMILIA, GERMANI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BARRETT, ARTHUR | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BATISTA, FREDDY A | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BECKFORD, EVERETH | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BELTRE, ZULEMA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BENOIT, PATRICK | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| BERNAL, JUAN | | Y | N | 0.0 | <1 | Nov 2020 | Dec 2020 |
| BLOUNT, LORRAINE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CABALLERO, ERWIN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CALDERON, GREGARIO | | Y | N | 0.0 | <1 | Dec 2020 | Dec 2020 |
| CAMPBELL, LOUIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CAMPBELL, MORRIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CARDENES MORALES, YA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CARDINEZ, RUDOLPH | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CARDONA, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CASTILLO, FLAVIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CASTILLO, JOSUE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CASTILLO, LUZ | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CHAPMAN, JOSHUA | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| CHAVYS, AMANDA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CHIRINO, MAGALY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |

Printed On 02/25/21

Page 1 of 7

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| COLON, WILSON | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| CONCEPTION, IRIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CONTRERAS, ROBERTO | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| CORTEZ, JOSE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CRESPO, JACQUELINE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CRESPO, URBANO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CRISOSTOMO, SANDRA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| CRUZ, ANA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| DAVIS, SALIMA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| DE LA CRUZ, RUTH | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| DELACRUZ, ORLANDEZ | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| DELGADO, DIANA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| DELGADO, DIANA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| DELL, VINCENT | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| DELL, VINCENT | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| DELROSARIO, IDALIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| DEONANDAN, CRISENDAT | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| DISLA MEJIA, SILBENIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| DORRIS, DERYCK | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| DRAGHINE, RUDOLPH | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| DUNLAP, JOAN | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| DUNLAP, JOAN | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| DURAN GUAMAN, ANA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ELLIS, ONEIL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ENCARNACION, PABLO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ESTEVES, GUILLERMO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ESTEVEZ JR, LUIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ESTRELLA, ROSA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| FELICIANO, YVETTE | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| FELICIANO, YVETTE | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| FELIU, RAFAEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| FERMIN, RAFAEL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| FLORES, ELIZABETH | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| FLORES, MELISSA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| FONTECCHIO, ANNETTE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| FORTUNATO, ANA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| FORTUNATO, BELKIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |

MAR-CAN 0040

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| GALVEZ, ELIEZER | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| GARCIA, ARIEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GATTO, DANIEL | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| GEORGE, SENEIDA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GOMEZ, CARLOS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GONZALEZ, DAYSI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GONZALEZ, KEYSI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GONZALEZ, MABEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GORDON, CLETUS | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| GUERRERO, ALTAGRACIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GUERRERO, SOMALIA | | Y | N | 0.0 | <1 | Oct 2020 | Oct 2020 |
| GUERRIER, CLIFORD | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GUZMAN, RAFAEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| GUZMAN, RAMON | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HALIDU, ALI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HAMILTON, HERBERT | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HANNAM, VENRY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HARRIS-BURTS, JACQUEL | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| HARRIS-BURTS, JACQUEL | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| HAUSER, CARL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HAWKINS, WOODROW | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HAYWARD, AMANDA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| HAYWARD, AMANDA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| HENRY, FREDERICK | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HERAS, JUAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HERNANDEZ, MAGALY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| HUDSON, KEITH | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| JEAN PIERRE, MAKENSON | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| JOHNSON, IVA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| JOHNSON, TERRY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| JONES, FRANCES | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| JOSHUA, GREGORY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| JOYNER, TIMOTHY | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| JOYNER, TIMOTHY | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| KANO, HAMZA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| KHALAWAN, CHRISENDA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| KHALAWAN, CHRISENDA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |

MAR-CAN 0041

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| KUNJU, YOHANNAN | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| LAMBOY, LOIDA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| LEDESMA, BENJAMIN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LEDESMA, NORBERTO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LENDOF, FELIX | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LEONARDO-GOMEZ, WILLI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LESLIE, TREVOR | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LISANTI, SONIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LOPEZ GONZALEZ, JOHAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| LOPEZ, JOSE | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| LOPEZ, JOSE | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| LOPEZ, LYDIA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| LOPEZ, LYDIA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| MALDONADO, SIRA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MARIA, JOAQUIN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MARMOLEJOS, DALIS A | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MARMOLEJOS, PORFIRIO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MARTE, LUIS | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MARTINEZ, HECTOR | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| MARTINEZ, HECTOR | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| MARTINEZ, JESSICA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MARTINEZ, JONATHAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MATEO, JOSE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MATOS, CIPRIAN | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| MCCLYMONT, EARL | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| MCCLYMONT, EARL | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| MCGILL, GWENDOLYN | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| MCLEAN, TIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MELITI, DOMINICK | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| MILLS, LILLIAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MIZZI, SONIA | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| MONTANERO, JENNY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MONTANERO, LUIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MONTANERO, SONNIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MORALES, ALFREDO | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| MORALES, ALFREDO | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| MORALES, JULIANO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |

MAR-CAN 0042

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| MORALES, LUIS ANDRES S | | Y | N | 0.0 | <1 | Nov 2020 | Dec 2020 |
| MOTA SANTANA, HECTOR | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| MOTA SANTANA, HECTOR | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| MOTA, INDIANA | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| MOTA, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| MULLINGS-WATT, DONNA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MYERS, GLORIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| NANKU, CHATTERPAUL | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| NICOLAS, DONALD | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| NICOLAS, DONALD | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| NUNEZ DELA CRUZ, WILLI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| NUNEZ, ROSANNA | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| NUNKIN, DAVID | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| OLIVO, SCARLEN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ORTIZ, ANDRES | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ORTIZ, BENJAMIN | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| ORTIZ, BENJAMIN | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| ORTIZ, CARLOS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| OSBORNE, MONTIA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| PABON, CHRISTINE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| PANTALEON, SILVIO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PARKER, SHARON | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| PARRA MARTINEZ, JANEIR | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| PATRICK, JOE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| PENA, VLADIMIR | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| PEREZ, ARIEL | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| PEREZ, DAGOBERTO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| PEREZ, SOLANGEL | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| PEREZ, SOLANGEL | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| PIMENTAL, NURYS | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| PIMENTEL, ELUISIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| QUINTANA, ALEXIS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RAMIREZ, ESMELYN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RAMOS, LETICIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RAMSINGH, DAVID | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| REED, MARLANA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| REYES, ROCIO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |

MAR-CAN 0043

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| REYNOSO-OLIVO, MARILI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RICHARDS, AUGUSTUS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RIVERA, EDGARDO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| RIVERA, FREDDY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ROBERTSON, ISAAC | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RODRIGUEZ, DULCE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RODRIGUEZ, GEORGINA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| RODRIGUEZ, GEORGINA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| RODRIGUEZ, MIRTHA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RODRIGUEZ, SIMON | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RODRIGUEZ, WILSON M | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ROJAS, ROSA E | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RUIZ, CARMEN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| RUIZ, ISIDORO | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| RUIZ, ISIDORO | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| RUIZ, WANDA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SAINT-HILAIRE, JOSE | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| SANAYCELA, EZEQUIEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANCHEZ, KENNETH | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANCHEZ, RAMON | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANCHEZ, SERGIO CIPRIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANCHEZ-MOREL, MAHLI | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANTANA MARMOLEJOS, | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SANTANA, JOSEPH A | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANTANA, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SANTIAGO, MOISES | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SCOTT, DONOVAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SERRANO, ARACELIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SEWELL, LARRY | | Y | N | 0.0 | <1 | Nov 2020 | Nov 2020 |
| SHEPARD, SHEILA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SMITH, PAUL A | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SUERO, RONALD | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SUERO, YERLIN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SWANIGAN, ERIC | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| SYLVESTER, HOMER | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TAVERAS, JUAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TAYLOR, DAVID | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |

MAR-CAN 0044

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 353 - MARCAN BUS CORP DRIVERS AND MECHANICS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| TAYLOR, DWAYNE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| TEJADA, ROBERTO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TEJERA, YSABEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TELL, LISA | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| TELL, LISA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| TICORA, LUZ | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TORIBIO, SESLIO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TORRES, CRISTIAN | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TORRES, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| TULLOCH, WINSTON | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| URENA, RICARDO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| VALDEZ, FRANCISCA M | | Y | N | 0.0 | <1 | Jan 2021 | Jan 2021 |
| VALDEZ, FRANCISCA M | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| VALDEZ, YANILKA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| VALDEZ, YIRALDYS | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| VALENZUELA MARTINEZ, | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| VALERIO DE BAEZ, ANA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| VALERIO, FABIO | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| VARGAS, FRANCISCO | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| VEGA, JOSE | | Y | N | 0.0 | <1 | Oct 2020 | Oct 2020 |
| VELASQUEZ, SOILO W | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| VILLAFANE, SARA | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| VIZCAINO, ROSA | | Y | N | 0.0 | <1 | Nov 2020 | Jan 2021 |
| WILEY, JASMINE | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| WILKS, PERSHAD | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| WILLIAMS, MICHAEL | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| WRIGHT, JERRY | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |
| ZAPATA, SALVADOR | | Y | N | 0.0 | <1 | Oct 2020 | Jan 2021 |

MAR-CAN 0045

**EXHIBIT G**

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 361 - EMPIRE STATE BUS DRIVERS & MATRONS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| ADAMS JR, BRENTON K. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ALEXANDER, WILBER | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BANHAN, CECIL | | Y | N | 0.0 | <1 | Nov 2020 | Dec 2020 |
| DE LA CRUZ, ISABEL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ESCOBAR, JOSE A. SANCH | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GRIFFIN, BOBBY | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GURLEY, JAMES R. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ISALES, ROBERTO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| KAVRAL, MERCEDES | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| KINGWOOD, SHEILA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| NEVERSON, JEROME | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PAULINO, ANA S. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| POWELL, ERIC | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ROCCA, ANGELLY | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ROCCA, MIRIAM | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| RODRIGUEZ, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SABINO URENA, ERIC | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SMALLS, BENJAMIN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SMITH, SIMONE E | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| TERRERO, LUIS | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| VENTURA, LILIAN J. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

**Shop 360 - EMPIRE CHARTER DRIVERS & MATRONS**

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| ADAMS, DWANE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ALVAREZ, JESSICA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BERMUDEZ ORTIZ, GRIMIL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BRYAN, ANTHONY | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BURGHER, JUNE JOAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CABRERA, JULIA P. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CABRERA, LUCIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CRUZ, CARMEN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| DE LA NEUZ, PAULA | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| DHUNDUP, LHAKPA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| DUNKLEY, TESSA BROWN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| DURAN AQUINO, ESTEFAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| FEROL, FREDERIC JEAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| FRANCIS, RUTH | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HENRY, SABRINA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HUAMAN, DELCY | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| JOHNSON, ODESHA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| KEMP, CHANTE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| LETT, PAMELA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PELLEW, JACQUELINE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| QUEELEY, DHAMIE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| RAMESSAR, KAMALWATT | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ROMAIN, CARDWELL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SOLER, MARTHA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| TERAN, LISETH | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| THOMPSON, MARILYN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| TOULON, LISA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WALKER, JEROME | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WASHINGTON, MEDINA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WASHINGTON, MYMECCA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WITT, LYNDA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WRIGHT, TARA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| YOUNG, SHANIYA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

### Shop 359 - ALLIED TRANSIT DRIVERS & MATRONS

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| AGUDELO, IDALBA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ALLEN, MICHELLE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ALMODOVAR, ELSA E. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ALMONTE, MARGARET | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| APONTE, LEANIE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BABATUNDE, DAYO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BAILEY, FRANCINE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BAUGHAM, DONNELL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BEEPAT, KEVIN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BOYKINS, KINTAYA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BRIJBUKHAN, DEONARINE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BRITO, KARINA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| BROWN, RAYMOND | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CALENDA, LOUISE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CALISTE, PETER A. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CAMERON, HASSAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CANTO, RUTH | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CHARLES, JUSTINE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CHIMBO, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| CORDOVA, CYNTHIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| DELACRUZ, ALCIBIADE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| DOUGLAS, SUYAPA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| EDWARDS, KENMAR | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| ESPINAL, NELIDA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| FLOYD, TERRENCE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GOMEZ, JOCELYN DURAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GONZALEZ, MARIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GRAVES, GEORGE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GRESSEAU, HAROLD | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GUNNING, DOUGLAS | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| GUZMAN, ANDREINA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HAROLD, DUMAY | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HARRISON, PAUL | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| HENRIQUEZ, LETICIA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HERNANDEZ, LILIANA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HIXON, DINA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| HOU, YUAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |

# AMALGAMATED TRANSIT WORKERS LOCAL 854 PENSION FUND

420 West Merrick Road
Valley Stream, NY 11580

## Fund Participants By Shop

**Shop 359 - ALLIED TRANSIT DRIVERS & MATRONS**

| Participant | SSN | Participant Status | Vesting Status | Past Service | Future Service | Participant Since | Last Contribution |
|---|---|---|---|---|---|---|---|
| JEROME, ARSENE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| KEMP, LORRAINE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| LAWRENCE, CURTIS ELVE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MANZANO, MIGUEL A. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MARTINEZ, AWILDA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MARTINEZ, GRISELDA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MARTINEZ, RAFAEL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MCCOLLOUGH, JOHNNIE L | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MCFARLANE, BASIL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MITCHELL, SHAQUAN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| MOSALEM, DESIREE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| NOEL, EDWARD | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PAIGE, VANESSA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PALMER, MARSHA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PAULINO, ADOLFO | | Y | N | 0.0 | <1 | Nov 2020 | Dec 2020 |
| PERSAUD, LEAKHRAM | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| PIERRE, BERNARD | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| QUARM, JOSEPH PRAH | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| REYES, VANESSA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| RICCIARDI, PAUL | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| RIVERA JR, GONZALO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| RODRIGUEZ, DOROTHY | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| ROMAN, NILDA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SANCHEZ, HECTOR | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SANCHEZ, MANUEL JOSE | | Y | N | 0.0 | <1 | Oct 2020 | Nov 2020 |
| SANTANA, SALOMON | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SANTOS, NURKI | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SIMON, WALLACE T. | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SMITH, ROBIN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| SUARES, GERARD | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| TELLEZ, OSCAR AUGUSTO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| VALCOURT, JOSEPH | | Y | N | 0.0 | <1 | Nov 2020 | Dec 2020 |
| VASQUEZ, ROBERTO | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| VENTURA, YAHAIRA | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| VILLARUEL, MERVYN | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WARD, BRENT | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |
| WILLIAMS-WHITE, THERE | | Y | N | 0.0 | <1 | Oct 2020 | Dec 2020 |

# EXHIBIT H



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 04-21-2020

Employer Identification Number:
85-0774781

Form: SS-4

Number of this notice: CP 575 E

AMALGAMATED TRANSIT WORKERS LOCAL
854 PENSION FUND
AMALGAMATED
420 W MERRICK RD
VALLEY STREAM, NY 11580

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 85-0774781. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

When you submitted your application for an EIN, you checked the box indicating you are a non-profit organization. Assigning an EIN does not grant tax-exempt status to non-profit organizations. Publication 557, Tax-Exempt Status for Your Organization, has details on the application process, as well as information on returns you may need to file. To apply for recognition of tax-exempt status under Internal Revenue Code Section 501(c)(3), organizations must complete a Form 1023-series application for recognition. All other entities should file Form 1024 if they want to request recognition under Section 501(a).

Nearly all organizations claiming tax-exempt status must file a Form 990-series annual information return (Form 990, 990-EZ, or 990-PF) or notice (Form 990-N) beginning with the year they legally form, even if they have not yet applied for or received recognition of tax-exempt status.

Unless a filing exception applies to you (search www.irs.gov for Annual Exempt Organization Return: Who Must File), you will lose your tax-exempt status if you fail to file a required return or notice for three consecutive years. We start calculating this three-year period from the tax year we assigned the EIN to you. If that first tax year isn't a full twelve months, you're still responsible for submitting a return for that year. If you didn't legally form in the same tax year in which you obtained your EIN, contact us at the phone number or address listed at the top of this letter.

For the most current information on your filing requirements and other important information, visit www.irs.gov/charities.