UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAR-CAN TRANSPORTATION
COMPANY, INC.

                Plaintiff,

       -against-

LOCAL 854 PENSION FUND,

                Defendant.
-------------------------------------------------------X

**ORDER**

No. 20-CV-8743 (CS)

<u>Seibel, J.</u>

    For the reasons stated on the record at the conference held today, Plaintiff's motion for partial summary judgment is granted and Defendant's motion to compel arbitration and stay the matter is denied. The Clerk is respectfully directed to terminate the pending motions (ECF Nos. 130, 163). Counsel for Defendant is directed to execute the transfer of the identified pension assets and liabilities no later than June 7, 2022.

**SO ORDERED.**

Dated: May 31, 2022
       White Plains, New York

                                                              _____
                                                               Cathy Seibel, U.S.D.J.