UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Mar-Can Transportation Company, Inc.,

                              Plaintiff(s),

        v.

Local 854 Pension Fund,

                              Defendant(s).
-----------------------------------------------------------------X

**JUDGMENT**

7:20-CV-08743 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** Judgment is hereby entered for Plaintiff on its claims under 29 U.S.C. § 1415 requiring Defendant to transfer pension assets and liabilities, as set forth in ECF Nos. 184 and 187, and requiring Defendant to reduce Plaintiff's withdrawal liability, as set forth in ECF No. 249.

DATED: White Plains, New York
            May 6, 2024

RUBY J. KRAJICK
_____
Clerk of Court

So Ordered:

_____
U.S.D.J.

BY: _____
Deputy Clerk